MORGAN, LEWIS & BOCKIUS LLP
Colin C. West, Bar No. 184095
colin.west@morganlewis.com
Thomas F. Gede, Bar No. 99295
tom.gede@morganlewis.com
One Market
Spear Street Tower
San Francisco, California 94105-1596
Telephone: +1.415.442.1000
Facsimile: +1.415.442.1001

Attorneys for Plaintiffs
Marie Diane Aranda and Yolanda Lisa Fontanilla

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marie Diane Aranda and Yolanda Lisa Fontanilla,<br><br>Plaintiffs,<br><br>v.<br><br>TARA KATUK MAC LEAN SWEENEY, United States Assistant Secretary of Interior – Indian Affairs; UNITED STATES BUREAU OF INDIAN AFFAIRS; CAROL ROGERS-DAVIS, Chairperson, Secretarial Election Board, Central California Agency; TROY BURDICK, Superintendent, Central California Agency, U.S. Bureau of Indian Affairs; AMY DUTSCHKE, Regional Director, Pacific Region, U.S. Bureau of Indian Affairs,<br><br>Defendants. | 2:19-cv-00613-JAM-KJN<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO SEAL**<br><br>Hon. John A. Mendez<br>Date: June 18, 2019<br>Time: 1:30 p.m.<br>Courtroom: 6 |

## ORDER GRANTING PLAINTIFFS' REQUEST TO SEAL

Before this Court is Plaintiffs' Request to Seal Portions of the Declaration of Chadd Everone in Support of the Motion for a Preliminary Injunction. Specifically, Plaintiffs have requested to seal Exhibit B to the Declaration of Chadd Everone (the "Exhibit"), which is a 144 page document consisting of individual, single page genealogical forms submitted to the BIA.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 36619534.1

[PROPOSED] ORDER
2:19-CV-00613-JAM-KJN

The Court, having considered Plaintiffs' Request to Seal and the unredacted version of the Exhibit finds that:

(1) The Exhibit contains sensitive, personally identifiable information that is proper for sealing under Federal Rule of Civil Procedure 5.2(a);

(2) The Exhibit should be sealed in its entirety, in compliance with Federal Rule of Civil Procedure 5.2(d);

The Request is therefore GRANTED.

IT IS SO ORDERED.

Dated: 5/22/2019                             /s/ John A. Mendez_____
                                             Hon. John A. Mendez
                                             United States District Court Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 36619534.1

2

[PROPOSED] ORDER
2:19-CV-00613-JAM-KJN